RALPH J. MARRA, JR.
Acting United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Defendant

RECEIVED
FEB 27 2008
CHAMBERS OF
JOHN J. HUGHES, USMJ

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH I. MAMMAN, | |
| Plaintiff, | Hon. Mary L. Cooper |
| v. | Civ. Action No. 06-2688 (MLC) |
| ELAINE CHAO, Secretary, U.S. Department of Labor, | |
| Defendant. | |

RECEIVED
FEB 27 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**ORDER**

This matter having been raised in a conference call on February 26, 2009, and the parties having requested, during that conference call, that the Court continue the stay of the schedule in this matter until certain rulings are known, and the parties having agreed to the process and schedule below, and good cause having been shown for a revision of the schedule detailed in the Court's Order, filed October 31, 2008;

IT IS on this 20th day of February 2009,

ORDERED THAT:

1. The Court hereby stays the period of time for the parties to complete the deposition of Ms. Thompson by written questions (the only limited fact discovery authorized by this Court), the due date for the filing of plaintiff's motion for spoliation and the due date for the filing of any motion for summary judgment until after the latter of 1) the District Judge's decision of plaintiff's pending motion for reconsideration of the District Judge's decision, filed February 6, 2006, affirming the Magistrate Judge's Order, filed October 23, 2008, which sustained certain attorney-client privilege and attorney work product privilege objections raised by defendant's counsel to certain questions which plaintiff intends to have directed towards Donyell Thompson, Esq., in a deposition by written questions, or 2) the Third Circuit Court of Appeals' decision of any interlocutory appeal filed by plaintiff of the District Judge's decision, filed February 6, 2006.

2. Within 10 days of the latter of a) the District Judge's decision of plaintiff's pending motion for reconsideration of the District Judge's decision, filed February 6, 2006, affirming the Magistrate Judge's Order, filed October 23, 2008, which sustained certain attorney-client privilege and attorney work product privilege objections raised by defendant's counsel to certain

questions which plaintiff intends to have directed towards Donyell Thompson, Esq., in a deposition by written questions, or 2) the Third Circuit Court of Appeals' decision of any interlocutory appeal filed by plaintiff of the District Judge's decision, filed February 6, 2006, defendant shall arrange a conference call with the Court to set specific due dates for the completion of the deposition by written questions of Ms. Thompson, plaintiff's filing of a motion for spoliation and the filing of any motion for summary judgment.

_____
JOHN J. HUGHES
United States Magistrate Judge